**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 99-7078**

────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE LEE BURKE,

Defendant - Appellant.

────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge. (CR-
91-119, CA-98-3732-WMN)

────────────

Submitted:  September 20, 1999      Decided:  October 5, 1999

────────────

Before MURNAGHAN, NIEMEYER, and MICHAEL, Circuit Judges.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Willie Lee Burke, Appellant Pro Se.  Jan Paul Miller, OFFICE OF THE
UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Lee Burke seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Burke</u>, Nos. CR-91-119; CA-98-3732-WMN (D. Md. Apr. 1, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's judgment or order is marked as "filed" on March 31, 1999, the district court's records show that it was entered on the docket sheet on April 1, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).